UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00498

———

**Jon Carlton Miller,**
*Plaintiff,*

v.

**Bryan Collier et al.,**
*Defendants.*

———

# ORDER

Plaintiff, an East Texas Treatment Facility inmate proceeding pro se and in forma pauperis, filed this civil-rights action under 42 U.S.C. § 1983. The case was referred to a magistrate judge, who ordered plaintiff to file an amended complaint. Doc. 3. Plaintiff did not respond to or comply with that order, so the magistrate judge issued a report recommending that the case be dismissed without prejudice for failure to prosecute. Doc. 7 at 2. The report also noted that plaintiff has failed to maintain a current address with the court as every document the court has sent to plaintiff has been returned as undeliverable. *Id.* Plaintiff did not file objections to the report.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. This case is dismissed without prejudice for failure to prosecute. Any pending motions are denied as moot.

*So ordered by the court on March 5, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -